IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LUKE ADAMS, | : | BANKR. NO. 16-13690-jkf |
| | : | |
| Debtor. | : | |

### ORDER REOPENING CASE

AND NOW, this __1st__ day of September, 2020, upon consideration of the U. S.

trustee's Motion to Reopen Case, and any timely filed responses thereto, it is now, therefore,

ORDERED that the U. S. trustee's Motion is GRANTED and THIS CASE IS

HEREBY REOPENED, and the U. S. trustee shall appoint a trustee forthwith.

_Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge