UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :    CHAPTER 7

LUKE ADAMS

        DEBTOR                    :    CASE NO. 16-13690 - PMM

PRAECIPE TO WITHDRAW DOCKET ENTRY

TO THE CLERK:

       Kindly withdraw the No distribution report which was filed on 1/11/17.   This case is now an asset case.

Dated: September 2, 2020                        /s/ Christine Shubert, Esquire
                                                            Chapter 7 Trustee