United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-13690-pmm
Luke Adams                                                                          Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore              Page 1 of 1              Date Rcvd: Sep 01, 2020
                              Form ID: pdf900              Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
```
db              #+Luke Adams,    3590 River Road,    Conestoga, PA 17516-9230
smg              +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                   Allentown, PA 18101-1603
smg               City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg              +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg              +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr               +Fulton Bank, N.A.,    Barley Snyder,   c/o Scott F. Landis, Esquire,    126 East King Street,
                   Lancaster, PA 17602-2893
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2020 12:04:57
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 02 2020 12:05:18     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: camanagement@mtb.com Sep 02 2020 12:04:44      M&T Bank,    PO Box 767,
                  Buffalo, NY  14240-0767
cr               E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2020 11:32:17      Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 4
```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BARRY A. SOLODKY    on behalf of Debtor Luke  Adams BSO@saxtonstump.com,
               NJP@saxtonstump.com;msf@saxtonstump.com
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              SCOTT F. LANDIS    on behalf of Creditor    Fulton Bank, N.A. slandis@barley.com,
               jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| LUKE ADAMS, | : | BANKR. NO. 16-13690-jkf |
| | : | |
| Debtor. | : | |

### ORDER REOPENING CASE

AND NOW, this __1st__ day of September, 2020, upon consideration of the U. S. trustee's Motion to Reopen Case, and any timely filed responses thereto, it is now, therefore,

ORDERED that the U. S. trustee's Motion is GRANTED and THIS CASE IS HEREBY REOPENED, and the U. S. trustee shall appoint a trustee forthwith.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge