United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-13690-pmm
Luke Adams                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Stacey              Page 1 of 2              Date Rcvd: Sep 03, 2020
                            Form ID: 139              Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.
```
db             #+Luke Adams,    3590 River Road,    Conestoga, PA 17516-9230
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              +Fulton Bank, N.A.,    Barley Snyder,    c/o Scott F. Landis, Esquire,    126 East King Street,
                  Lancaster, PA 17602-2893
14534187         AT & T Wireless,    Prince-Parker & Associates),    8625 Crown Crescent Court,    PO Box 474690,
                  Charlotte, NC 28247-4690
14534188        +Caterpillar Financial,    Alternative Collections, LLC),    3842 Harlem Road, Suite 341,
                  Buffalo, NY 14215-1935
14534189        +Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
14534190        +Consolidated Recovery Group,    1835 South Centre City Parkway,    Escondido, CA 92025-6581
14534192         Faulkner Cheverolet, Inc,    Route 30 at Rohrerstown Road,    Lancaster, PA 17601
14534194        +Highmark Health Insurance,    1800 Center Street,    Camp Hill, PA 17011-1702
14534195        +Intuit Quick Books,    21215 Burbank Blvd, Suite 100,    Woodland Hills, CA 91367-7091
14534196        +John Sauder Chevrolet,    4161 Oregon Pike,    Ephrata, PA 17522-9550
14534198        +Lancaster Otolaryngology,    APEX Asset Mgmt),    2501 Oregon PIke, Suite 102,
                  Lancaster, PA 17601-4890
14534199        +Liberty Mutual / Ohio Casualty,    The Leviton Law Firm, LTD),    3 Golf Center, Suite 361,
                  Hoffman Estates, IL 60169-4910
14534201        +Matthew K. Fissel, Esquire,    KML Law Group, PC,    701 Market Street,
                  Philadelphia, PA 19106-1538
14534202        +Med Express,    PO Box 7964,    Belfast, ME 04915-7900
14534203        +Moore Business Park,    780 Eden Road,    Lancaster, PA 17601-4271
14534208        +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14534209        +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
14534204        +Pamela  Adams,    107 Kloss Drive, Apt. B,    Lancaster, PA 17603-5958
14534207         Penn Manor School District,    PO Box 1001,    Millersville, PA 17551-0301
14534212        +Scott F. Landis, Esquire,    Barley Snyder,    126 E. King Street,    Lancaster, PA 17602-2893
14534213         Shawn P. McClure, Esquire,    Bernstein Law Firm, PC,    Suite 220 - Gulf Tower,
                  Pittsburgh, PA 15219
14534214        +Wex Bank / Sheetz Fleet Cards,    CACH LLC, Brown Law PLLC),    3030 S. Gessner, Suite 200,
                  Houston, TX 77063-3733
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 04 2020 04:06:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 04 2020 04:06:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: camanagement@mtb.com Sep 04 2020 04:05:58      M&T Bank,    PO Box 767,
                 Buffalo, NY  14240-0767
cr               EDI: RMSC.COM Sep 04 2020 07:58:00      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
14534191        +E-mail/Text: B@directcapital.com Sep 04 2020 04:06:34      Direct Capital Corporation,
                 155 Commerce Way,    Portsmouth, NH 03801-3243
14534193        +E-mail/Text: bankruptcy@fult.com Sep 04 2020 04:06:36      Fulton Bank, N.A.,    One Penn Square,
                 PO Box 4887,    Lancaster, PA 17604-4887
14534197         EDI: JPMORGANCHASE Sep 04 2020 07:58:00      JP Morgan Chase, N.A.,    270 Park Avenue,
                 New York, NY 10017
14534215         E-mail/Text: camanagement@mtb.com Sep 04 2020 04:05:58      M& T Bank,    PO Box 64679,
                 Baltimore, MD 21264-4679
14534200         E-mail/Text: camanagement@mtb.com Sep 04 2020 04:05:58      M&T Bank,
                 1 Fountain Plaza, Floor 4,    Buffalo, NY 14203
14534206         E-mail/Text: colleen.atkinson@rmscollect.com Sep 04 2020 04:06:34      Patient First (RMS),
                 PO Box 8630,    Richmond, VA 23226-0630
14534210        +EDI: CCS.COM Sep 04 2020 07:58:00      Progressive Advanced Insurance,
                 Credit Collection Services),    725 Canton Street,    Norwood, MA 02062-2679
14534211        +E-mail/Text: colleen.atkinson@rmscollect.com Sep 04 2020 04:06:34      Receivable Management,
                 7206 Hull Street Road,    North Chesterfield, VA 23235-5826
14534217         EDI: RECOVERYCORP.COM Sep 04 2020 07:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14534216         EDI: WFFC.COM Sep 04 2020 07:58:00      Wells Fargo Bank, N.A.,    Bankruptcy Department,
                 One Home Campus MAC X2302-04C,    Des Moines, IA 50328-0001
                                                                                              TOTAL: 14
```

```
District/off: 0313-4           User: Stacey              Page 2 of 2              Date Rcvd: Sep 03, 2020
                               Form ID: 139              Total Noticed: 41

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14534205*      +Pamela Adams,    107 Kloss Drive, Apt. B,    Lancaster, PA 17603-5958
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BARRY A. SOLODKY    on behalf of Debtor Luke  Adams BSO@saxtonstump.com,
               NJP@saxtonstump.com;msf@saxtonstump.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              DOUGLAS J. SMILLIE    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              ROBERT W. SEITZER    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              SCOTT F. LANDIS    on behalf of Creditor    Fulton Bank, N.A. slandis@barley.com,
               jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Luke Adams
3590 River Road
Conestoga, PA 17516

Debtor(s)                                                                                                   Case No: 16–13690–pmm

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer–Identification (ITIN) No(s).,
(if any) Employer Tax–Identification (EIN) No(s). (if any).:
xxx–xx–3922

___

## *NOTICE OF NEED TO FILE PROOF OF CLAIM*
## *DUE TO RECOVERY OF ASSETS*

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 12/5/20

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 9/3/20

56
Form 139