IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| LUKE ADAMS | : | BANKRUPTCY NO. 16-13690(PMM) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), to Employ May, May and Zimmerman, LLP ("MM&Z") as Special Counsel (the "Application"), and good cause having been shown; it is hereby

**ORDERED,** that the Application is **APPROVED**; it is further

**ORDERED,** that MM&Z is employed as special counsel; and it is further

**ORDERED,** that MM&Z, as special counsel, shall be entitled to be paid pursuant to the terms set forth in the Application and by the Trustee only after approval of an application in accordance with In Re Busy Beaver Building Centers, Inc., 19 F. 3d 833 (3rd Cir. 1994).

BY THE COURT:

*Patricia M. Mayer*

Dated: 11/17/20

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE