**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Luke Adams,** | : | Chapter 7 |
| | : | |
| **Debtors** | : | |
| | : | Bky. No. 16-13690  (PMM) |

-------------------------------------------------------------------------------------

## ORDER TO SHOW CAUSE

**AND NOW,** this chapter 7 case having been filed on May 24, 2016;

AND the Debtors having received a discharge and the case having been closed on February 6, 2017;

AND on September 1, 2020, upon Motion of the U.S. Trustee, the chapter 7 case having been reopened for the purpose of administer[ing] any possible additional assets." See doc. #'s 49, 53;

AND on September 11, 2020, upon Application, the law firm of Karalis PC having been appointed as counsel to the Trustee; doc.# 61;

AND on November 17, 2020, upon Application, May, May, Zimmerman, LLC having been appointed Special Counsel to the Trustee; doc. # 65 (the "Special Counsel Order");

AND no action having taken place in this case following the issuance of the Special Counsel Order, more than six (6) months ago;

It is, therefore, hereby **ORDERED**, that the Trustee **SHALL APPEAR** for a hearing on **Tuesday, June 15, 2021 at 11:00 a.m.** and show cause why this case should not be closed for inactivity.

Failure to appear for the hearing may result in **closure** of this case without further notice or hearing.

**Date:  June 4, 2021**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**