United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Luke Adams  
    Debtor

Case No. 16-13690-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Jun 04, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Luke Adams, 3590 River Road, Conestoga, PA 17516-9230 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BARRY A. SOLODKY | on behalf of Debtor Luke Adams BSO@saxtonstump.com dat@saxtonstump.com;msf@saxtonstump.com;pfg@saxtonstump.com;BDA@saxtonstump.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DOUGLAS J. SMILLIE | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor M&T Bank dsmillie@flblaw.com ccharlton@flblaw.com

JOSHUA I. GOLDMAN
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

ROBERT W. SEITZER
    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com

SCOTT F. LANDIS
    on behalf of Creditor Fulton Bank N.A. slandis@barley.com, jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com

THOMAS I. PULEO
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Luke Adams,** | : | **Chapter 7** |
| | : | |
| **Debtors** | : | |
| | : | **Bky. No. 16-13690 (PMM)** |

---------------------------------------------------------------------------------

**ORDER TO SHOW CAUSE**

**AND NOW,** this chapter 7 case having been filed on May 24, 2016;

AND the Debtors having received a discharge and the case having been closed on February 6, 2017;

AND on September 1, 2020, upon Motion of the U.S. Trustee, the chapter 7 case having been reopened for the purpose of administer[ing] any possible additional assets." See doc. #'s 49, 53;

AND on September 11, 2020, upon Application, the law firm of Karalis PC having been appointed as counsel to the Trustee; doc.# 61;

AND on November 17, 2020, upon Application, May, May, Zimmerman, LLC having been appointed Special Counsel to the Trustee; doc. # 65 (the "Special Counsel Order");

AND no action having taken place in this case following the issuance of the Special Counsel Order, more than six (6) months ago;

It is, therefore, hereby **ORDERED**, that the Trustee **SHALL APPEAR** for a hearing on **Tuesday, June 15, 2021 at 11:00 a.m.** and show cause why this case should not be closed for inactivity.

      Failure to appear for the hearing may result in **closure** of this case without further notice or hearing.

**Date:   June 4, 2021**

                                                **PATRICIA M. MAYER**
                                                **U.S. BANKRUPTCY JUDGE**