**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Luke Adams, | : | Chapter 7 |
| | : | |
| Debtors | : | |
| | : | Bky. No. 16-13690  (PMM) |

---

## ORDER TO SHOW CAUSE

**AND NOW,** following a hearing held and concluded on June 15, 2021 regarding the Court's Order to Show Cause (doc. #67);

AND for reasons discussed in open court on the record, a status hearing with regard to this bankruptcy case is scheduled for **Tuesday, October 26, 2021 at 11:00 a.m.**  The hearing will take place in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

**Date:   June 15, 2021**

*/s/ Patricia M. Mayer*
———————————————
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**