UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : CHAPTER 7

LUKE ADAMS

               DEBTOR(S)                              : BANKRUPTCY NO. 16-13690-JKF

NOTICE OF CHANGE FROM ASSET TO NO ASSET

TO THE CLERK:

    Christine C. Shubert, Chapter 7 Trustee, hereby notifies the Clerk that this case is to be reclassified as a No-Asset case. The Trustee was notified today that one of the defendants filed a Bankruptcy and received a discharge. The other defendant is judgment proof. Accordingly, this is to be changed to a no-asset case.

Dated: June 16, 2021                         /s/ Christine C. Shubert, Esquire
                                                                        Chapter 7 Trustee
                                                                        821 Wesley Avenue
                                                                        Ocean City, NJ 08226
                                                                        (856) 983-7735