United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-13690-pmm
Luke Adams                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                   User: admin                              Page 1 of 2
Date Rcvd: Jun 15, 2021           Form ID: pdf900                     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol     Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luke Adams, 3590 River Road, Conestoga, PA 17516-9230 |
| aty | | Eric Schelin Rothermel, MM& Z, 49 North Duke Street, Lancaster, PA 17602-2842 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Fulton Bank, N.A., Barley Snyder, c/o Scott F. Landis, Esquire, 126 East King Street, Lancaster, PA 17602-2893 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2021 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 15 2021 23:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: camanagement@mtb.com | Jun 15 2021 23:55:00 | M&T Bank, PO Box 767, Buffalo, NY 14240-0767 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 00:14:35 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 15, 2021 | Form ID: pdf900 | Total Noticed: 12

Date: Jun 17, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BARRY A. SOLODKY | on behalf of Debtor Luke Adams BSO@saxtonstump.com dat@saxtonstump.com;msf@saxtonstump.com;pfg@saxtonstump.com;BDA@saxtonstump.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DOUGLAS J. SMILLIE | on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com |
| SCOTT F. LANDIS | on behalf of Creditor Fulton Bank  N.A. slandis@barley.com, jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com |
| THOMAS I. PULEO | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Luke Adams,　　　　　　　　　　　　　:　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　**Debtors**　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　Bky. No. 16-13690  (PMM)

---

**ORDER TO SHOW CAUSE**

**AND NOW,** following a hearing held and concluded on June 15, 2021 regarding the Court's Order to Show Cause (doc. #67);

AND for reasons discussed in open court on the record, a status hearing with regard to this bankruptcy case is scheduled for **Tuesday, October 26, 2021 at 11:00 a.m.**  The hearing will take place in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601.

Date:  June 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PATRICIA M. MAYER**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. BANKRUPTCY JUDGE**