United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13690-pmm |
| Luke Adams | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 14, 2021 | Form ID: 195 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luke Adams, 3590 River Road, Conestoga, PA 17516-9230 |
| aty | | Eric Schelin Rothermel, MM& Z, 49 North Duke Street, Lancaster, PA 17602-2842 |
| cr | + | Fulton Bank, N.A., Barley Snyder, c/o Scott F. Landis, Esquire, 126 East King Street, Lancaster, PA 17602-2893 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: camanagement@mtb.com | Sep 14 2021 23:52:00 | M&T Bank, PO Box 767, Buffalo, NY 14240-0767 |
| cr | Email/PDF: gecsedi@recoverycorp.com | Sep 14 2021 23:55:28 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: 195 | Total Noticed: 5 |

BARRY A. SOLODKY
    on behalf of Debtor Luke Adams BSO@saxtonstump.com msf@saxtonstump.com;pfg@saxtonstump.com;BDA@saxtonstump.com

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net J100@ecfcbis.com

CHRISTINE C. SHUBERT
    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

DAVE P. ADAMS
    on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

DOUGLAS J. SMILLIE
    on behalf of Creditor M&T Bank dsmillie@flblaw.com ccharlton@flblaw.com

JOSHUA I. GOLDMAN
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

ROBERT W. SEITZER
    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com

SCOTT F. LANDIS
    on behalf of Creditor Fulton Bank N.A. slandis@barley.com, jrachor@barley.com;cbrelje@barley.com;dkearney@barley.com

THOMAS I. PULEO
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION et al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 7

Luke Adams : Case No. 16−13690−pmm
      Debtor(s)

***ORDER***
_____

AND NOW, this day , September 14, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

74
Form 195